IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JENNI CHAMBERS,** *et al.*<br><br>      Plaintiffs,<br><br>v.<br><br>**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES INTERNATIONAL UNION, AFL-CIO,** *et al*.<br><br>      Defendants. | Case No. 3:18-cv-1685-SI<br><br>**JUDGMENT** |

**Michael H. Simon, District Judge.**

Based on the Court's OPINION AND ORDER,

**IT IS ADJUDGED** that this case is DISMISSED.

DATED this 31st day of March, 2020.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT